In the Matter of MADISON AVENUE OFFICES, INC., Appellant, against ROLLIN BROWNE, et al., Constituting the State Tax Commission, Respondents.

Argued April 10, 1945; decided May 24, 1945.

*Harold J. Treanor* and *Morway Picket* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Orrin G. Judd* of counsel), for respondents.

Order affirmed, with costs. The challenge of the validity of the statute and of the determination of the State Tax Commission under the Constitution of the United States is based on the same grounds as the challenge in *Matter of MacDonald* v. *Browne* (294 N. Y. 263), decided herewith. The court has necessarily considered and determined the constitutional questions raised by the appellant. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.